| UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:20-cv-01161-CCE-JEP |
|---|---|
| Name of Plaintiff(s): Wanda Cockerham <br> VERSUS <br> Name of Defendant(s): Liberty Healthcare Management, Inc., et al | **REPORT** <br> **OF** <br> **MEDIATOR** <br> *(For Placement on the CM/ECF Docket)* |
| Mediator Name: Kenneth P. Carlson, Jr. | |
| Telephone No: 336-721-6843 | ___ This is an **Interim Report.** A final report is to be filed after resumption of the mediation |
| E-Mail Address: kcarlson@constangy.com | |

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:

   ✓ was held on August 4, 2021

   ___ was NOT held because _____

2. **Attendance**

   ✓ No objection was made on the grounds that any required attendee was absent.

   ___ Objection was made by _____

3. **Outcome**

   ___ Complete settlement of the case

   ___ Conditional settlement or other disposition

   ___ Partial settlement of the case

   ___ Recess *(i.e., mediation to be resumed at a later date)*

   ✓ Impasse

   ___ Additional Information: _____

4. **Settlement Filings.**
   a) The document(s) to be filed to effect the settlement are: _____

   b) The person responsible for filing the document(s) is: _____

   c) The agreed deadline for filing the document(s) is: _____

**Submission of Report.** Please submit the completed and signed report by mail to Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if a Consent to Transfer Documents Electronically Form has been submitted, submit the signed report to medclerk@ncmd.uscourts.gov.

I have submitted this completed report with ten (10) days after conclusion of the conference.

_____ Mediator Signature

Date 8/11/21

**RECEIVED** In This Office
AUG 13 2021
CLERK U.S. DISTRICT COURT
GREENSBORO, N.C.
12:55pm ACC

7684118v.1

Case 1:20-cv-01161-CCE-JEP   Document 38   Filed 08/13/21   Page 1 of 1